UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELODY DAVIS                                :
28 Wallace Drive                            :    NO. 2:15-CV-00922 WY
Delmar, NY 12054                            :
                                            :
        v.                                  :
                                            :
LIBERTY INSURANCE CORPORATION               :
175 Berkeley Street                         :
Boston, MA 02117                            :

## AMENDED COMPLAINT

1. Plaintiff, MELODY DAVIS is an adult individual residing at the address as set forth above.

2. Defendant, LIBERTY INSURANCE CORPORATION is a corporation duly organized and existing which is licensed to issue policies of insurance in the Commonwealth of Pennsylvania and maintains its principal place of business at the address set forth above. Defendant regularly conducts business in the City and County of Philadelphia.

3. At all times material hereto, Defendant was acting by and through its duly authorized agents, servants, workmen or employees who were acting within the course and scope of their employment and on the business of said employers.

4. Defendant in its regular course of business, issued to Plaintiff a policy of insurance, policy number H3728866259070, covering Plaintiff's premises located at 2216 Logan Street, Camp Hill, PA 17011. Plaintiff is not in possession of the entire policy and it is alleged that said policy is in the possession of Defendant.

5. On or about May 4, 2014, while said policy of insurance was in full force and effect, Plaintiff suffered a sudden and accidental direct physical loss to the insured

premises resulting in damage to the insured premises in those areas and to the extent set forth in the estimate of Summit Public Adjusters, Inc. (hereinafter "Summit") a true and correct copy of which is attached hereto, made part hereof, and marked Exhibit "A". Plaintiff also sustained loss of rental income in the amount of $1,650 per month for a period of approximately five (5) months.

6. Notice of Plaintiff's covered loss was given to Defendant in a prompt and timely manner and Plaintiff has done and otherwise performed all things required of Plaintiff under the policy of insurance issued by Defendant, including cooperating with Liberty's investigation; mitigating damages where reasonable, required and/or possible; providing Defendant with all available information and complying with all conditions precedent.

7. Defendant, despite demand for benefits under its policy of insurance has failed and refused to pay to Plaintiff the benefits due and owing under said policy of insurance.

8. As a direct result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforementioned policy of insurance, as well as the mishandling of Plaintiff's claim, Plaintiff has suffered loss and damage in an amount not in excess of $50,000.00.

9. Defendant has breached its contractual obligations to pay benefits to Plaintiff for a loss covered under Defendant's policy of insurance.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount not in excess of $50,000.00 together with interest and costs.

                                **CLAIMS WORLDWIDE, LLC**

BY: _____
        STEVEN C. FEINSTEIN, ESQUIRE
        Attorney for Plaintiff

Date: October 7, 2015

EXHIBIT "A"

Case 2:15-cv-00922-WD   Document 16   Filed 10/13/15   Page 5 of 6



Report Date: 8/30/2014
**File No. 14216**

| Contractor | Address | | | FAX |
|---|---|---|---|---|
| Property Owner<br>Melody Davis | Address<br>2216 Logan Street<br>Camp Hill, PA 17011 | Office | Home<br>(518) 915-1440 | FAX |
| Building Address | 2216 Logan Street<br>Camp Hill, PA 17011 | | | |

## Building

### Miscellaneous

| Operation | Qty | Unit | Description | Cost | Extension |
|---|---|---|---|---|---|
| Charge | 1 | | Final construction clean-up, minimum | 425.00 | 425.00 |
| Fee | 1 | EA | Dumpster, 10 cy, rental per week | 450.00 | 450.00 |
| Treat | 1 | SF | Germicide and mildewcide treatment, germicide | 120.00 | 120.00 |
| Minimum | 1 | EA | Water extraction work minimum, Standard | 280.75 | 280.75 |
| Note: by insured | | | | | |

Miscellaneous Totals: 1,275.75

### Bedroom

Floor 22 SY  Wall 412 SF  Ceiling 198 SF  Floor Perim. 57.5 FT  Ceiling Perim. 57.5 FT
Room-standard-1  Length 13.00 FT, Width 12.75 FT, Height 8.00 FT
Offset-standard-1  Width 10.75 FT, Depth 3.00 FT, Height 0.00 FT, Qty of Offsets 1

| Operation | Qty | Unit | Description | Cost | Extension |
|---|---|---|---|---|---|
| Minimum | 1 | EA | Move and cover room contents, average | 141.00 | 141.00 |
| Mask | 1 | EA | Mask room, large | 43.86 | 43.86 |
| Note: floors | | | | | |
| Rem & Reinstall | 1 | EA | Ceiling fan with light, standard grade | 110.41 | 110.41 |
| Remove | 198 | SF | Blown mineral wool insulation, R30 (10" deep) | 0.55 | 108.90 |
| Replace | 198 | SF | Blown mineral wool insulation, R30 (10" deep) | 1.96 | 388.08 |
| Note: ceiling | | | | | |
| Remove | 1 | SF | Acoustical plaster, Three coats on painted metal lath, on ceiling | 553.85 | 553.85 |
| Replace | 1 | SF | Acoustical plaster, Three coats on painted metal lath, on ceiling | 3,046.15 | 3,046.15 |
| Paint | 610 | SF | Drywall or Plaster, 2 coats | 0.90 | 549.00 |
| Paint | 1 | LF | Door, Panel, 2 coats | 54.00 | 54.00 |
| Remove | 57.5 | LF | Base Molding, Pattern base, 5", finger-joint pine | 0.74 | 42.55 |
| Replace | 57.5 | LF | Base Molding, Pattern base, 5", finger-joint pine | 4.59 | 263.92 |
| Remove | 57.5 | LF | Cove, 1", paint-grade pine | 0.27 | 15.52 |
| Replace | 59.8 | LF | Cove, 1", paint-grade pine | 2.29 | 136.94 |
| Paint | 117 | LF | Wood trim, simple design, 2 coats | 1.32 | 154.44 |
| Remove | 198 | SF | Plank flooring, Red oak, #1 common grade | 0.47 | 93.06 |
| Replace | 198 | SF | Plank flooring, Red oak, #1 common grade | 11.99 | 2,374.02 |

Bedroom Totals: 8,075.70

| | | |
|---|---|---|
| | Subtotal | 9,351.45 |
| | Overhead | 935.15 |
| | Profit | 935.15 |
| | **Building Total:** | 11,221.75 |

Created using PowerClaim ®. 1-800-736-1246

Page 1



Report Date: 8/30/2014
**File No. 14216**

## Loss of Rent / Income

### Miscellaneous

| Operation | Qty | Unit | Description | Cost | Extension |
|---|---|---|---|---|---|
| Charge | 1 | LF | Loss of Rent / Income, minimum | 0.00 | 0.00 |

Note: specific dates and time span yet to be determined

**Miscellaneous Totals:** 0.00

**Loss of Rent / Income Total:** 0.00

Estimate based upon scope and discussion with Insured at initial inspection regarding damages. This estimate may be subject to additions or deletions after inspection with Insurance Company. In some instances damages may worsen or be aleviated due to drying. Some items include, i.e. roofing, siding, painting, flooring includes areas of continuation due to matching or non availability of items. Carpet and or carpet pad replacement may be included due to grey or black water exposure. Any remediation bills attached to this estimate may be paid direct to the service provider. Any discrepencies with any attached bills should be directed to the contractor. If containment barriers are included in this estimate it is based upon EPA guidelines for lead containment, saftey barriers and removal.