IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

MELODY DAVIS

v.

LIBERTY INSURANCE
CORPORATION

: NO. 2:15-cv-00922-WY

FILED
OCT 1 6 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION AND AGREEMENT

1. WHEREAS, on January 30, 2015, plaintiff filed a complaint against defendant in the Philadelphia County Court of Common Pleas, No. 141102091;

2. WHEREAS, the complaint was received by defense counsel on or about January 30, 2015;

3. WHEREAS, on February 24, 2015 defendant removed the action to the United States District Court for the Eastern District of Pennsylvania;

4. WHEREAS on October 14, 2015, plaintiff filed an amended complaint averring only breach of contract;

5. WHEREAS, since removal of said action and the filing of the amended complaint, the parties have agreed to enter into a stipulation to request the Court enter an order that the amount of damages which can be recovered in the above action, in total, cannot exceed $75,000.

6. WHEREAS, the parties agree that plaintiff's recovery in this case, inclusive of all counts of the complaint, cannot exceed the sum of seventy-five thousand dollars ($75,000.00) inclusive of attorney's fees but exclusive of interest and costs and any award, verdict or judgment entered in this matter shall be molded accordingly.

7. Counsel for the plaintiff and counsel for the defendant heretofore STIPULATE AND

AGREE that this matter be remanded back to the Philadelphia County Court of Common Pleas for all further proceedings.

By: _____
STEVEN FEINSTEIN, ESQUIRE
Attorney for Plaintiff, Melody Davis

By: _____
LILY K. HUFFMAN, ESQUIRE
Attorney for Defendant
Liberty Insurance Corporation

So Ordered
BY THE COURT:

_____
HON. WILLIAM H. YOHN, JR.